# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cheyenne Marie Notah**; DOB: 1994; United States | DOCKET NO. 20-06103MJ<br><br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 9, 2020, in the District of Arizona, **Cheyenne Marie Notah**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Hector Martinez-Hernandez, German Cruz-Alvarez and a juvenile; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), and 1324(a)(1)(A)(v)(I),**

**COUNT 2 (Felony)** On or about October 9, 2020, in the District of Arizona, **Cheyenne Marie Notah**, knowing and in reckless disregard of the fact that certain illegal alien, Hector Martinez-Hernandez, German Cruz-Alvarez and a juvenile, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 16, 2020, at approximately 4:00 p.m., Border Patrol Agents (BPAs) working patrol duties near the village of Menagers on the Tohono O'odham Indian Reservation in the district of Arizona, responded to a report of a vehicle that was seen picking up three possible Undocumented Aliens. The three individuals, later identified as Hector Martinez-Hernandez, German Cruz-Alvarez and a juvenile, were seen exiting a trailer and getting into a small white Sport Utility Vehicle (SUV). BPAs responded to the area and were able to gain visual of the white SUV driving north on Federal Route (FR) 1 from the village of Menagers. BPAs then followed the SUV and conducted a vehicle stop in order to perform an immigration inspection on the passengers. BPAs removed the driver, identified as **Cheyenne Marie Notah**, from the vehicle. BPAs then opened the rear passenger door and observed two males lying on the floorboard. A third subject was then found and removed from the cargo area of the SUV. All three passengers freely stated that they were citizens of Mexico and did not have any U.S. immigration documents allowing them to enter, travel, reside or work in the U.S. legally.

After waiving her *Miranda* rights, **Notah** stated that her boyfriend told her to pick up illegal aliens from a man in the village of Menagers. **Notah** stated that she was going to transport the illegal aliens to Charco, a village located on FR-7.

Hector Martinez-Hernandez was last removed from the U.S. on October 5, 2014 through San Ysidro, California.

German Cruz-Alvarez was last removed from the U.S. on October 7, 2020 through Nogales, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 19, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54